# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Jonathan Lee Riches ©,
Plaintiff

Civil No. **07-14308 CIV-MOORE**

MAGISTRATE JUDGE WHITE

V.

National Aeronautics and Space Administration "NASA";
JOHN F. KENNEDY SPACE CENTER;
LISA NOWAK d/b/a "Space Astronaut";
NEIL ARMSTRONG;
BUZZ ALDRIN;
SPACE SHUTTLE CHALLENGER,
DEFENDANTS

FILED by ___ D.C.
OCT 11 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## Complaint
### "NASA HARASSMENT"
### "TRO Temporary Restraining Order"

Comes Now the Plaintiff, Jonathan Lee Riches ©, earth citizen, pro-se, Moves this Honorable Court to issue a order for Defendants Named in this suit to respond. This is a qui tam action under the False Claims Act 31 USC 3729 and whistleblowing act. Plaintiff also moves under Fed rule civil procedure rule 64 for the return of copyrighted and Patented material belonging to Jonathan Lee Riches, i.e. Jet fuel, space suits, moon rocks, Mercury, DNA from Pluto. Plaintiff moves this Honorable Court for a TRO Temporary Restraining Order Against Defendants Launching any material away from earth without written permission by Jonathan Lee Riches ©, Plaintiff seeks $16,000,000,000.00 Billion dollars, the amount Congress illegally gives NASA each year without knowing NASA employees use the money for personal enjoyment instead. Plaintiff moves for relief

-No fee paid
-No IFP motion filed

07CV14308 Moore/White

PAGE 2
...des v. NASA
Case 2:07-cv-14308-KMM   Document 1   Entered on FLSD Docket 10/11/2007   Page 2 of 4

### 1

NASA, JFK Space center, defendants, and Challenger are in a major conspiracy to defraud American tax payers and Congress. I learned this through Defendant Lisa Nowak who I had a sexual relationship with between Nov. 2002 through Feb 2007. Lisa Nowak would visit me at FCI Williamsburg with secret documents in a brief case she took from Mission Control. I have NASA Auditing documents from Arther Anderson in my possession showing major Abuses of fraud and money mismanagement.

### 2

Feb 1, 2008 - NASA has secret plans to blow up Space Shuttle Discovery live on CNN, so Americans will have sympathy, and NASA can justify more federal funding through congress. For the Fiscal Year 2008-2009, NASA plans to ask Congress for 25 Billion dollars, that american tax payers are responsible.

### 3

Lisa Nowak my ex-girlfriend told me on 4-16-06 that the Mars Rover is not at mars, but in a desert in Arizona to make people believe NASA has been to Mars to justify federal funding. Nowak also told me on 4-10-06 that the International Space Station is a trailor that was bought from a Miami Winnebago dealership for $1200 Bucks, but charged the U.S. Government 7 Billion dollars. This is Major fraud. I'm entitled to relief for exposing government waste NASA is creating

### 4

Nowak told me that on July 20, 1969 Neil Armstrong never stepped or went to the moon. Instead Armstrong was at a New Orleans Jazz Tavern blowing horns with his cousin Louis Armstrong

### 5

Lisa Nowak has been harassing me. She told me in a love letter dated 10-1-07, that if I don't marry her, she is going to fly Space Shuttle Columbia into FCI Williamsburg as a suicide Astronaut mission on Dec 11, 2007

### 6

Lisa Nowak has told me NASA has secret plans with the Bureau of Prisons to do NASA Experiments on inmates, and to start a prison work slave labor chain gang on the moon to build prisons there because of U.S. overcrowding of prisons, and to mentally torture inmates off U.S. soil to avoid taxes.

### 7

Lisa Nowak told me on 1-10-07 on the prison phones that the Hubble Space Telescope is monitoring Americans communication devices, cell phones, computers for George W. Bush, Neocons, and warmongers in a illegal spying program and NASA is in violation of the Trading with the Enemy Act selling the communications to Iranian Mullahs and North Koreans.

### 8

Lisa Nowak told me on Dec 27, 06, my birthday that NASA gave orders to the Bureau of Prisons to secretly do experiments on my life, like Anti-gravity experiments in my cell, subjecting me to Lunar samples, sun radiation, the FCI Williamsburg Doctor put me on a medical call out on 4-11-07 to take blood from me. Nowak told me the blood of mine was sent into space with Martian meteorites. Ever since, I've suffered mysterious head aches, it feels like my brain is orbiting around the moon. Nowak told me John F. Kennedy Space Center hires convicted child molesters and felons who work for NASA. I demand the courts look into this.

### 9

Lisa Nowak told me on 2-14-07, during Valentines day that in 1986, the Space Shuttle Challenger never exploded in the sky. It was a illusion, because the crew including teacher Christa McAuliffe knew about NASA's mismanagement of tax payers money and were going to expose them to the media. The day Challenger exploded, NASA put nerve gas in the cockpit to kill the Astronaughts before they could expose the truth.

### Pro Temporary Restraining Order

Plaintiff moves this court for a full investigation into NASA's funds as they are committing massive amount of fraud using tax payers money for their own personal enjoyment. Plaintiff moves to cross reference NASA executives salary to see why they all live a lavish lifestyle. Plaintiff moves for a restraining order to block all future flights until this court and congress does a full investigation on NASA's illegal practices.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

Respectfully
Submitted

Jonathan Lee Riches ©



Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC
09 OCT 2007 PM

United States District Court
Southern District of Florida
Clerk of Court
300 S. 6th St.
Fort Pierce, FL 34950

USMS INSPECTED
BY:

34950+4221   CO24