UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER:   07-14308-CIV-MOORE/WHITE

In Re: Automatic Reference of          }
Certain Matters to United States       }
Magistrate Judge Patrick A. White      }

## CLERK'S NOTICE OF MAGISTRATE JUDGE ASSIGNMENT

Pursuant to Administrative Order 2003-19 of this Court, this matter is referred to MAGISTRATE JUDGE PATRICK A. WHITE for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters.

All pleadings hereafter filed shall bear the assigned case number and District Court Judge followed by the surname of Magistrate Judge WHITE thereby indicating the Magistrate Judge to whom all future documents should be routed or otherwise brought for attention in accordance with the Southern District of Florida Local Rules 5.1.A.5.

**DONE** at United States Courthouse, Fort Pierce, FL, this 11th day of October, 2007.

CLARENCE MADDOX
Court Administrator • Clerk of Court

*Colette Griffin-Arnold*
by:_____
Deputy Clerk

c:   Magistrate Judge White
     Plaintiff, pro se